# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                                Case No. 3:13-CR-86

THURON HAMMERSLY,

    Defendant.

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE AND ADDING A CONDITION

On March 12, 2021, the Defendant appeared with Counsel for a final revocation of supervised release hearing. The Defendant withdrew his previous denials and admitted to violating the conditions of his supervised release for failure to participate in sexual offender treatment as ordered. The Court found the Defendant had violated the conditions of his supervised release. The Court ORDERED that the Defendant's supervised release not be revoked.

The Defendant is ORDERED continued on supervised release under the initial conditions imposed with a modification. Defendant's supervised release shall be modified to remove the special condition of participating in a sexual offender treatment program. However, he shall continue to participate in a mental health treatment program at the direction of the probation officer. All other conditions of supervised release shall remain in effect as previously imposed.

The Defendant was explained his right of appeal and indicated an understanding of same.

IT IS SO ORDERED.

Date: March 17, 2021

                                                  THOMAS M. ROSE, JUDGE
                                                UNITED STATES DISTRICT COURT